**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: ESTATE OF: MARY G. H. DAVIS,   :   No. 991 MAL 2015
DECEASED                             :
                                     :
                                     :
                                     :   Petition for Allowance of Appeal from
PETITION OF: SUSAN P. TREADWAY,      :   the Order of the Superior Court
BETSEY W. DAVIS, MARY G. COOKE       :
AND JAMES C. TREADWAY                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Donohue did not participate in the consideration or decision of this matter.